UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 03-20678-CR-ALTONAGA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CORNEL ADLEY,

    Defendant.
_____/

## ORDER

THIS CAUSE is before the Court on Defendant, Cornel Adley's Motion to Clarify, and Reconsider Motion Pursuant to Federal Criminal Rule 33 [D.E. 607]. The Court has carefully considered the Motion, the Government's Response in Opposition, and the Defendant's Reply. Defendant argues the prosecution failed to disclose material impeachment evidence, in violation of *Brady v. Maryland*, 373 U.S. 83 (1963). Because the undersigned is not persuaded that "the evidence at issue was of such a nature that a new trial would probably produce a new result," and because the evidence was "merely cumulative or impeaching," *United States v. Starrett*, 55 F.3d 1525, 1554 (11th Cir. 1995) (internal quotation and citations omitted), it is

**ORDERED AND ADJUDGED** that the Motion to Clarify, and Reconsider Motion Pursuant to Federal Criminal Rule 33 [D.E. 607] is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 1st day of August, 2008.

*/s/ Cecilia M. Altonaga*
CECILIA M. ALTONAGA
UNITED STATES DISTRICT JUDGE

Case No. 03-20678-Cr-Altonaga

cc:     counsel of record
        Anthony Williams, *pro se*